UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA S. PEREZ, individually and on behalf of her minor child I.R., <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK STATE DEPARTMENT OF HEALTH and HOWARD A. ZUCKER, in his official capacity as the Commissioner of New York State Department of Health, <br><br> Defendants. | Case No. 1:21-cv-01203-GTS-CFH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patricia S. Perez, individually and on behalf of her minor child I.R., gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: August 11, 2022

SIRI & GLIMSTAD LLP

    /s/ Elizabeth A. Brehm
Elizabeth A. Brehm
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091

*Attorneys for Plaintiffs*

TO:  VIA ECF
     All Counsels of Record

Date:  August 16, 2022.     IT IS SO ORDERED.

Norman A. Mordue
Senior U.S. District Judge